NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:19-cr-00210-HZ |
| v. | **MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE** |
| **DAVID SCOTT JOLSON,** | |
| **Defendant.** | |

1. On March 5, 2020, this Court entered a Preliminary Order of Forfeiture, ordering defendant David Scott Jolson to forfeit all his right, title, and interest in the following assets:

    One Smith & Wesson, Model 642, .38 caliber revolver, with associated ammunition and accessories; and

    One Smith & Wesson, Model M&P 9 Shield M2.0, 9mm pistol, with associated ammunition and accessories.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. As previously indicated in the Declaration of Publication (ECF No. 85), notice of this criminal forfeiture was posted on the official government internet site, www.forfeiture.gov, for at

least 30 consecutive days. It stated the intent of the United States to dispose of the property in accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

4. I know of no other persons who may have an interest in the above-described forfeitable property.

5. No third party has made claim to or declared any interest in the forfeitable property, and the time for filing a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the One Smith & Wesson, Model 642, .38 caliber revolver, with associated ammunition and accessories; and One Smith & Wesson, Model M&P 9 Shield M2.0, 9mm pistol, with associated ammunition and accessories, forfeited as to all persons and vesting full right, title and interest in the property in the United States and directing the government to dispose of the property according to law.

DATED: October 20, 2022.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Thomas S. Ratcliffe*
**THOMAS S. RATCLIFFE**
Assistant United States Attorney